earlbenhartinfo

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 18 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **07-00007** |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** (Count I) |
| | ) [16 GCA §18102(b) and 18 U.S.C. §§ 7(3) and 13] |
| EARL BENHART, | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL** (Count II) |
| Defendant. | ) [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 10 December 2006, in the District of Guam, the defendant, **EARL BENHART**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while he had 0.08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

**COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL**

On or about 9 November 2006, in the District of Guam, the defendant, **EARL BENHART**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the

exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 17th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney