## Criminal Case Cover Sheet

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**U.S. District Court**

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-000** 07⁴
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __X__ No

Defendant Name ____ EARL BENHART ____

Alias Name _____

Address _____

_____ Guam _____

Birthdate _____ SS# _____ Sex _M_ Race _PI_ Nationality Palauan ____

**U.S. Attorney Information:**

SAUSA ____ Ryan M. Anderson ____

**Interpreter:** __X__ No ____Yes     List language and/or dialect: ___

RECEIVED
JAN 18 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___2___     _____ Petty ___X___ Misdemeanor _____ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| | 16 GCA 18102(b) | | |
| Set | 1 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| | 16 GCA 18102(a) | | |
| Set | 2 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

**Date:** 1/18/07 _____ **Signature of AUSA:** _Ryan M. Anderson_ ____