# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00007  DATE: January 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:43:33 - 10:46:04
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Earl Benhart   Attorney: Richard Arens
DEFENDANT NOT PRESENT   ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Kristin St. Peter   U.S. Agent:
U.S. Probation: Carleen Borja   U.S. Marshal: D. Punzalan
Interpreter:   Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Court ordered a warrant be issued with a $1,000.00 bail.

NOTES: